WR-31,454-03
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/29/2015 12:00:12 PM
Accepted 6/30/2015 8:18:04 AM
ABEL ACOSTA
CLERK

## IN THE COURT OF CRIMINAL APPEALS

| | |
|---|---|
| EX PARTE § | |
| § | **WRIT NO. WR-31,454-03** |
| § | |
| § | **TRIAL NO. C-213-010293-1011284-B** |
| RODNEY ELNESTO SMILEY § | |

### STATE'S FIRST MOTION FOR EXTENSION TO FILE TARRANT COUNTY'S BRIEF

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

COMES NOW, the State of Texas, by and through the Criminal District Attorney of Tarrant County, Texas, and moves this Court to grant Tarrant County a fourteen (14) day extension of time for which to file the Tarrant County's Respondent's Brief in this case. The following allegations are made in support of this motion:

### I.
### PROCEDURAL HISTORY

On October 26, 2006, RODNEY ELNESTO SMILEY ("Applicant") pled guilty, pursuant to a plea agreement, to the third degree felony offense of injury to a child with intent to cause bodily injury. *See* Judgment, No. 1011284D. In accordance with the plea agreement, the State waived the habitual offender notice and the trial court sentenced him to ten years confinement in the Texas Department of Criminal Justice – Institutional Division. *See* Judgment.

1

Applicant's first application for writ of habeas corpus was dismissed for non-compliance on August 6, 2014. *See Ex parte Smiley*, WR-31,454-02, No. C-213-010241-1011284-A (Tex. Crim. App. Aug. 6, 2014) (not designated for publication).

On August 26, 2014, Applicant filed this application for writ of habeas corpus. *See* Application, p. 1. The State filed its response; the Texas Department of Criminal Justice filed an affidavit; and the trial court recommended that Applicant be denied relief on February 24, 2015.

On April 29, 2015, this Court set this case for briefing. All parties were invited to file briefs within 60 days of the Order.

## II.
## AN ADDITIONAL FOURTEEN DAY EXTENSION IS REQUESTED

Tarrant County requests that this Court grant an additional fourteen (14) days extension of time for which to file its brief. If this extension is granted, the brief would be filed on or before July 13, 2015.

This extension is not sought for purposes of delay. Counsel for Tarrant County, Andréa Jacobs, has been out of the office for several days due to unforeseen issues that have developed from her son's recent medical procedure. Tarrant County would like to file a brief addressing this Court's questions; therefore, it requests additional time for counsel to finish the brief.

2

The State has contacted Applicant's attorney, the State Counsel for Offenders, and the office has advised that they have no objection to this extension.

WHEREFORE, PREMISES CONSIDERED, the State prays that the Court grant this request for a fourteen (14) day extension for Tarrant County its brief and allow it to timely file its brief on or before July 13, 2015.

Respectfully submitted,

SHAREN WILSON
Criminal District Attorney
Tarrant County, Texas

/s/ ANDRÉA JACOBS
Andréa Jacobs, Assistant
Criminal District Attorney
401 W. Belknap
Fort Worth, Texas 76196
(817) 884-1687; Fax (817) 884-1672
State Bar No. 24037596
CCAAppelateAlerts@tarrantcounty.com

## CERTIFICATE OF SERVICE

A true copy of the above First Motion for Extension has been sent via electronic mail to Applicant, Rodney Elnesto Smiley, by and through his attorney of record, Hon. Nicholas Mensch, at Nicholas.mensch@tdcj.texas.gov on this the 29th day of June, 2015.

/s/ ANDRÉA JACOBS
ANDRÉA JACOBS